# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN TUERSFELDMAN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-2853-JMY |
| JENNERSVILLE REGIONAL : | |
| HOSPITAL *et al.* : | |

## ORDER

**AND NOW**, this 22nd day of April, 2022, upon consideration of Defendants Motion for Summary Judgment (ECF No. 30), Plaintiff's Response (ECF No. 31), and the subsequent replies thereto, it is **ORDERED** that Defendants' motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**